| | |
|---|---|
| 1 | R. PARKER WHITE |
| | State Bar No. 95579 |
| 2 | **POSWALL, WHITE & CUTLER** |
| | 1001 G Street, Suite 301 |
| 3 | Sacramento, California 95814 |
| | Telephone: (916) 449-1300 |
| 4 | |
| 5 | Attorneys for Plaintiffs |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KANDY ANDERSON and DOUGLAS ANDERSON, | CASE NO. 2:10-CV-00128-GEB-KJM |
| Plaintiffs, | **STIPULATION AND ORDER TO FILE FIRST AMENDED COMPLAINT** |
| v. | |
| SELECT COMFORT RETAIL CORPORATION, a Minnesota corporation, and DOES 1 through 50, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED to by and between plaintiffs KANDY ANDERSON and DOUGLAS ANDERSON and defendant SELECT COMFORT RETAIL CORPORATION, by and through their respective attorneys of record, that Plaintiffs be granted leave to amend their complaint in the above-captioned matter. A true and correct copy of the proposed First Amended Complaint is attached hereto as **Exhibit A**. Defendant reserves all rights with respect to its responsive pleading.

Dated: February 19, 2010            **POSWALL, WHITE & CUTLER**

By  /s/ R. Parker White
      R. PARKER WHITE
      Attorneys for Plaintiffs

---

STIPULATION AND ORDER TO FILE FIRST AMENDED COMPLAINT
CASE NO. 2:10-CV-00128-GEB-KJM

| | | |
|---|---|---|
| Dated: February 19, 2010 | | **PILLSBURY WINTHROP SHAW PITTMAN, LLP** |

By  /s/ Wesley C. J. Ehlers
    WESLEY C. J. EHLERS
    Attorneys for Defendant
    SELECT COMFORT RETAIL CORPORATION

## ORDER

Pursuant to the parties' stipulation filed on February 19, 2010, Plaintiffs are granted five days leave to file the First Amended Complaint referenced in the parties' stipulation.

IT IS SO ORDERED.

Dated: February 22, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge