IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KANDY ANDERSON, et al., | 2:10-cv-00128-GEB-KJM |
| Plaintiffs, | |
| v. | ORDER |
| SELECT COMFORT RETAIL CORPORATION, | |
| Defendant. | |

The parties have consented to proceed before the Magistrate Judge for all purposes. See 28 U.S.C. § 636(c).

If the Magistrate Judge accepts the referral, this action is reassigned to the Magistrate Judge on the date this Order is filed. See Local Rule 73-305(b) (prescribing "notwithstanding the consent of all parties, the [United States District] Judge or Magistrate Judge may reject the referral.").

Dated: May 14, 2010

GARLAND E. BURRELL, JR.
United States District Judge

1

ACCEPTANCE OF REFERRAL

Pursuant to the parties' consent and the approval of the United States District Judge, I accept reassignment of this action for all further proceedings, including entry of final judgment. All documents hereafter filed shall be denominated as 2:10-cv-00128-KJM.

IT IS SO ORDERED.

DATED: May 14, 2010.

_____
U.S. MAGISTRATE JUDGE