1

2

3

4

5

6

7

8                              IN THE UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   KANDY ANDERSON, et al.,

11              Plaintiffs,                          No. CIV 10-128 DAD (TEMP)

12         vs.

13   SELECT COMFORT RETAIL CORP.,

14              Defendant.                           ORDER

15   _____/

16              The parties have stipulated to a continuance of the status conference presently set

17   before the undersigned on January 21, 2011 predicated on a scheduling conflict and because the

18   parties are involved in settlement negotiations.  Good cause appearing, IT IS HEREBY

19   ORDERED that:

20              1.  The January 21, 2011 Status Conference is continued to February 11, 2011 at

21   10:00 a.m.

22              2.  The Parties will file a Joint Status Report on February 4, 2011.

23   DATED: January 13, 2011.

24

25

     jmm
26   anderson.statcont

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

1