1  R. PARKER WHITE
   State Bar No. 95579
2  **POSWALL, WHITE & CUTLER**
   1001 G Street, Suite 301
3  Sacramento, California 95814
   Telephone: (916) 449-1300
4

5  Attorneys for Plaintiffs

6

7

8  IN THE UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| KANDY ANDERSON and DOUGLAS ANDERSON,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>SELECT COMFORT RETAIL CORPORATION, a Minnesota corporation, and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | CASE NO.  2:10-CV-00128-DAD (TEMP)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE, PURSUANT TO FED.R.CIV.P. 41(a) AND ORDER** |

　　　Plaintiffs, KANDY ANDERSON and DOUGLAS ANDERSON, and defendant, SELECT COMFORT RETAIL CORPORATION, have reached a resolution of this matter.  The parties agree to dismiss this action in its entirety with prejudice, pursuant to Fed.R.Civ.P. 41(a).  Each party to bear their own fees and costs.

///
///
///
///
///

---

STIPULATION OF DISMISSAL WITH PREJUDICE, PURSUANT TO FED.R.CIV.P. 41(a) AND [PROPOSED] ORDER
CASE NO. 2:10-CV-00128-DAD (TEMP)

1    The parties seek the Court's approval of dismissal of this action with prejudice
2 through the order listed *infra*.

3 Dated: March 18, 2011                    **POSWALL, WHITE & CUTLER**

4

5                                          By  /s/  R. Parker White
                                              R. PARKER WHITE
6                                          Attorneys for Plaintiffs
                                           KANDY ANDERSON and DOUGLAS
7                                          ANDERSON

8 Dated: March 17, 2011                    **OPPENHEIMER WOLFF & DONNELLY, LLP**

9

10                                         By  /s/  Heidi A. O. Fisher
                                              HEIDI A. O. FISHER
11                                         Attorneys for Defendant
                                           SELECT COMFORT RETAIL
12                                         CORPORATION

13

14                            **ORDER**

15    **IT IS SO ORDERED.**

16 DATED: May 9, 2011.

17

18                          _____
                            DALE A. DROZD
19                          UNITED STATES MAGISTRATE JUDGE

20 dad1
anderson10cv1028.stipdismiss
21

---

STIPULATION OF DISMISSAL WITH PREJUDICE, PURSUANT TO FED.R.CIV.P. 41(a) AND [PROPOSED] ORDER
CASE NO. 2:10-CV-00128-DAD (TEMP)

2